No. 325. COOPER *v.* IRVING TRUST CO., TRUSTEE, ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Murray C. Bernays* for petitioner. *Messrs. J. Arthur Leve* and *Charles Rosenbaum* for respondents. ▮

No. 326. UNITED STATES *v.* ALLGRUNN; and

No. 327. ALLGRUNN *v.* UNITED STATES. October 11, 1937. Petitions for writs of certiorari to the Court of Claims denied. *Solicitor General Reed* for the United States in No. 326. *Mr. C. B. Des Jardins* for respondent in No. 326 and petitioner in No. 327. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Alexander Holtzoff* for the United States in No. 327. Reported below: 67 Ct. Cls. 1.

No. 328. STRAUSS, TRUSTEE *v.* PINE BLOCK BUILDING CORP. ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Nicholas J. Pritzker* for petitioner. *Messrs. Daniel J. Schuyler* and *Edward J. Hennessy* for respondents. ▮

No. 329. HAMM *v.* RAILWAY EXPRESS AGENCY, INC. October 11, 1937. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. George Wolf* for petitioners. *Mr. Albert M. Hartung* for respondent.

No. 330. AETNA CASUALTY & SURETY CO. *v.* HALL, RECEIVER. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Mark W. Maclay* for petitioner. No appearance for respondent. ▮